Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices Of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 136.26.17.74,<br><br>        Defendant. | Case Number: 3-20-cv-00209-BAS-JLB<br><br>Honorable Cynthia Bashant<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 136.26.17.74** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 136.26.17.74, are voluntarily dismissed without prejudice.

Dated:  May 14, 2020         Respectfully submitted,


                By: /s/ *Lincoln D. Bandlow*
                Lincoln D. Bandlow, Esq.
                **Law Offices of Lincoln Bandlow, P.C.**
                Attorney for Plaintiff
                Strike 3 Holdings, LLC